**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1934**

_____

BRANDI EDWARDS,

Plaintiff - Appellant,

v.

UNIVERSITY INSTRUCTORS, LLC,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, Senior District Judge.  (2:24-cv-00582-RAJ-DEM)

_____

Submitted:  June 10, 2026                                          Decided:  July 24, 2026

_____

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Brandi Edwards, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandi Edwards seeks to appeal the district court's order dismissing her complaint after Edwards failed to correct jurisdictional defects the court identified in a prior order to show cause. This case returns to us after a "remand to the district court for the limited purpose of determining whether Edwards is entitled to a reopening of the appeal period." *Edwards v. Univ. Instructors, LLC*, No. 25-1934, 2025 WL 3269195, at *1 (4th Cir. Nov. 24, 2025). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on May 27, 2025, and the appeal period expired on June 26, 2025. Edwards filed the notice of appeal on August 11, 2025. On remand, the district court gave Edwards an opportunity to file a statement in support of reopening the appeal period, but the district court found that the information Edwards provided did not meet the requirements of Rule 4(a)(6). Because Edwards failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*